IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE: Hardy Rhodes Trucking, LLP     CASE NO. 4:23-BK-13454
      Debtor                                                 Chapter 12

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

     Whit Barton, Barton & Roper, PLLC, PO Box 507, Monticello, Arkansas, 71657, enters his appearance as counsel for First State Bank, and requests all notices be sent to the undersigned in this proceeding.

                                       Respectfully submitted,

                                       Barton & Roper, PLLC
                                       PO Box 507
                                       Monticello, AR 71657
                                       (870)367-6288
                                       wbarton@bartonandroper.com

                                 By:<u>/s/ Whit Barton</u>
                                        Whit Barton (79010)
                                        Attorney for: First State Bank